United States Courts
Southern District of Texas
FILED

AUG 3 0 2018

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
**Omar PINEDA-Villa**

**CRIMINAL COMPLAINT**

Case Number: 2:18mj3563

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **August 26, 2018** (Date) in **Hidalgo** County, in the Southern District of Texas defendant, **Omar PINEDA-Villa**

being an alien to the United States, did knowingly and unlawfully enter the United States from Mexico, at a point near Hidalgo County which said time and place was other than as designated by immigration officials of the United States for the entrance of immigrants into the United States,

in violation of Title **8** United States Code, Section(s) **1325**.
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:
Official Title

On August 28, 2018, Border Patrol Agents encountered Omar PINEDA-Villa at the Falfurrias Texas Border Patrol Checkpoint. Border Patrol Agents determined PINEDA-Villa to be a citizen and national of Mexico without any immigration documents that would allow him to enter or remain in the United States legally. PINEDA-Villa stated he entered the United States illegally by crossing the Rio Grande River on or about August 26, 2018 at or near Hidalgo, Texas. PINEDA-Villa entered the United States at a time and place not designated by immigration officials for the entrance of immigrants into the country. AUSA Julie Hampton was briefed on the case and accepted prosecution of PINEDA-Villa for violation of Title 8 USC 1325, Illegal Entry into the United States.

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

Signature of Complainant
**Gilbert Ruiz**
Printed Name of Complainant

**August 30, 2018** at 1:15pm   at   **Corpus Christi, Texas**
Date                                                                City and State
**B. Janice Ellington U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

U.S. Department of Homeland Security